IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD W. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 06-494-GMS |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DIVISION OF YOUTH | ) | |
| AND REHABILITATIVE SERVICES, | ) | |
| EDWIN RIGSBY, individually and in | ) | JURY TRIAL DEMANDED |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO STAY PROCEEDINGS PURSUANT TO 50 U.S.C. § 510

1. Plaintiff in the above matter is currently stationed in overseas in mission Iraq Freedom.

2. Plaintiff will be stationed for approximately 11 months from the date of this filing.

3. Plaintiff requests pursuant to the Soldier and Sailors' Civil Relief Act that all proceedings be stayed pending plaintiff's return from active service.

4. Plaintiff has contacted the State's counsel to this request and does not believe they are opposed.

*[Remainder of this page left blank intentionally]*

1

**WHEREFORE**, Plaintiff Richard W. Powell requests all matters be stayed during his deployment overseas.

**YOUNG, MALMBERG, & HOWARD, P.A.**

 /s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, Delaware 19901
(302) 672-5600
Delaware Bar I.D. #:  4447
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 06-494-GMS |
| ) | |
| STATE OF DELAWARE, ) | |
| DIVISION OF YOUTH ) | |
| AND REHABILITATIVE SERVICES, ) | |
| EDWIN RIGSBY, individually and in ) | JURY TRIAL DEMANDED |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the attached Motion will be heard at the earliest convenience of the Court.

YOUNG, MALMBERG, & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, Delaware 19901
(302) 672-5600
Delaware Bar I.D. #: 4447
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD W. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 06-494-GMS |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DIVISION OF YOUTH | ) | |
| AND REHABILITATIVE SERVICES, | ) | |
| EDWIN RIGSBY, individually and in | ) | JURY TRIAL DEMANDED |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS ORDERED** on this _____ day of _____, 2006, that the Court having considered the Motion to Stay Proceedings Pursuant to 50 U.S.C. § 510,

**IT IS HEREBY ORDERED** that the Motion to Stay Proceedings Pursuant to 50 U.S.C. § 510 is granted.

_____
Judge

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 06-494-GMS |
| ) | |
| STATE OF DELAWARE, ) | |
| DIVISION OF YOUTH ) | |
| AND REHABILITATIVE SERVICES, ) | |
| EDWIN RIGSBY, individually and in ) | JURY TRIAL DEMANDED |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I certify that on this 15th day of November, 2006, I caused one (1) copy of the attached Motion to Stay Proceedings Pursuant to 50 U.S.C. § 510 to be served upon the following party via United States Mail, postage prepaid:

W. Michael Tupman, Esquire
Deputy Attorney General
Department of Justice
102 W. Water Street, 3rd Floor
Dover, DE 19904

YOUNG, MALMBERG, & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, Delaware 19901
(302) 672-5600
Delaware Bar I.D. #: 4447
*Attorney for Plaintiff*