## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RICHARD W. POWELL,                    )
                                       )

     Plaintiff,                        )
                                       )

v.                                    )    C.A. No.: 06-494-GMS
                                       )

STATE OF DELAWARE,                    )
DIVISION OF YOUTH                     )
AND REHABILITATIVE SERVICES,          )
EDWIN RIGSBY, individually and in     )    JURY TRIAL DEMANDED
his official capacity,                )
                                       )

     Defendants.                       )

## ORDER

**IT IS ORDERED** on this _16th_ day of _Nov._, 2006, that the Court

having considered the Motion to Stay Proceedings Pursuant to 50 U.S.C. § 510,

    **IT IS HEREBY ORDERED** that the Motion to Stay Proceedings Pursuant to 50 U.S.C.

§ 510 is granted.

                                                   Judge

```
 F I L E D

 NOV 1 6 2006

 U.S. DISTRICT COURT
 DISTRICT OF DELAWARE
```