Law Offices of
**YOUNG, MALMBERG & HOWARD, P.A.**
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kenneth J. Young                                                                                          Phone: (302) 672-5600
Constantine F. Malmberg, III                                                                          Fax: (302) 674-0549
Kevin M. Howard
Ronald G. Poliquin

October 16, 2007

**SENT VIA E-FILE**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

        RE:    **Powell v. State of Delaware, Stay of Proceedings**
                 **Civil Action No. 06-494-GMS**

Dear Judge Sleet:

      I am writing to request that the Court lift the stay of the above case as Mr. Powell has returned from his military service from Iraq. If any further action is necessary, please let Counsel know. Thank you for your consideration of this request.

Very truly yours,

/s/ Ronald G. Poliquin

Ronald G. Poliquin, Esquire
I.D. No. 4447
RGP/gss
cc:    Richard Powell
        W. Michael Tupman