IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD W. POWELL          )
                           )
          Plaintiff        )
                           )     Civil Action No.  06-494 GMS
     v.                    )
                           )
STATE OF DE DIVISION OF YOUTH,  )
etc. and EDWIN RIGSBY      )
                           )
          Defendants.      )

## ORDER

It appearing from the court file and docket that no summonses have been issued in the above-captioned matter for the defendant Edwin Rigsby, and the 120-day limit for the completion of service in this case having expired and the defendant Edwin Rigsby not having been served within that time period,

IT IS HEREBY ORDERED that:

The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this order, as to why the above-captioned case should not be dismissed as to the defendant Edwin Rigsby without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.



_____
CHIEF, UNITED STATES DISTRICT JUDGE

October ___19___, 2007

```
  F I L E D

  OCT 1 9 2007

  U.S. DISTRICT COURT
  DISTRICT OF DELAWARE
```