Law Offices of
**YOUNG, MALMBERG & HOWARD, P.A.**
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

| | |
|---|---|
| Kenneth J. Young | Phone: (302) 672-5600 |
| Constantine F. Malmberg, III | Fax: (302) 674-0549 |
| Kevin M. Howard | |
| Ronald G. Poliquin | |

October 26, 2007

**VIA E-FILE**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

        **RE:**    **Powell v. State of Delaware**
                  **Civil Action No. 06-494-GMS**

Dear Judge Sleet:

      In response to the Court's October 19, 2007 Order to Show Cause, Counsel agrees to dismiss Edwin Rigsby as a defendant in the case.

Very truly yours,

/s/ Ronald G. Poliquin

Ronald G. Poliquin, Esquire
I.D. No. 4447
RGP/gss
cc:    Richard Powell
        W. Michael Tupman