**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of January 2008, I caused to be served one (1) copy of the foregoing Rule 26(a)(1) Disclosure Requirements by the Plaintiff on the following parties via United States Mail, postage prepaid:

W. Michael Tupman
Department of Justice
102 West Water Street, 3rd Floor
Dover, DE 19904-6750

                      **YOUNG, MALMBERG & HOWARD, P.A.**

                      /s/ Ronald G. Poliquin
                      Ronald G. Poliquin
                      I.D. No. 4447
                      30 The Green
                      Dover, DE 19901
                      (302) 672-5600
                      *Attorney for Plaintiff*