IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-494-GMS |
| | ) |
| STATE OF DELAWARE, DIVISION OF | ) |
| YOUTH & REHABILITATIVE SERVICES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on January 15, 2008 counsel for Defendant served by first-class U.S. mail, postage prepaid, the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure to:

> Ronald G. Poliquin, Esquire
> Young, Malmberg & Howard, P.A.
> 30 The Green
> Dover, DE  19901
> *Attorney for Plaintiff*

/s/ W. Michael Tupman Esquire
Deputy Attorney General
Department of Justice
102 West Water Street, 3rd Floor
Dover, DE 19904
(302) 739-7641
*Attorney for Division of Youth & Rehabilitative Services*

I:\TUPMAN\FILES\powell.notice.service.wpd