# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL           )<br>                              )<br>    Plaintiff,              )<br>                              )    C. A. No. 06-494-GMS<br>        v.                    )<br>                              )<br>STATE OF DELAWARE DIVISION   )<br>OF YOUTH AND REHABILITATIVE  )<br>SERVICES                     )<br>                              )<br>    Defendant.               ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Laura Gerard hereby enters her appearance on behalf of the State of Delaware Division of Youth and Rehabilitative Services ("State Defendant") in place of Deputy Attorney General W. Michael Tupman.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| /s/ W. Michael Tupman<br>W. Michael Tupman, ID#3040<br>Deputy Attorney General<br>Department of Justice<br>102 West Water Street,<br>Dover, DE 19904<br>(302)739-7641 | /s/ Laura L. Gerard<br>Laura L. Gerard, ID#3202<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Bldg.,<br>820 N. French Street, 6th Fl.,<br>Wilmington, DE 19801<br>(302)577-8400 |

Dated: February 20, 2008

## *CERTIFICATE OF SERVICE*

I hereby certify that on February 20, 2008, I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send electronic notification of such filing to the following attorney:

Ronald G. Poliquin, Esq.,
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE  19901

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Laura L. Gerard
Laura L. Gerard, ID#3202
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801