**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, | : | |
| Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of May 2008, I caused to be served two (2) copies of the foregoing Plaintiff's First Set of Interrogatories upon the following party via United States Mail, postage prepaid:

      Laura L. Gerard
      Deputy Attorney General
      Department of Justice
      Carvel State Office Bldg.
      820 N. French Street, 6th Floor
      Wilmington, DE 19801

      **YOUNG, MALMBERG & HOWARD, P.A.**

      /s/ Ronald G. Poliquin
      Ronald G. Poliquin, Esquire
      I.D. No. 4447
      30 The Green
      Dover, Delaware 19901
      302-672-5600
      *Attorney for Plaintiff*