**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, | : | |
| Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of May 2008, I caused to be served two (2) copies of the foregoing Plaintiff's First Request for Production of Documents Directed to the State of Delaware, Division of Youth & Rehabilitative Services on the following party via United States Mail, postage prepaid:

    Laura L. Gerard
    Deputy Attorney General
    Department of Justice
    Carvel State Office Bldg.
    820 N. French Street, 6th Fl.
    Wilmington, DE 19801

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, DE 19901
Supreme Court I.D. 4447
302-672-5600
*Attorney for Plaintiff*