**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD W. POWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-494-GMS |
| | : | |
| STATE OF DELAWARE | : | |
| DIVISION OF YOUTH AND | : | |
| REHABILITIVE SERVICES, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

The undersigned certifies that on May 23, 2008, she caused the Defendant's 1st Request for Production Directed to Plaintiff and 1st Set of Interrogatories Directed to Plaintiff to be served on the following person via U.S. mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Ronald G. Poliquin, Esq.,
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE  19901

                                                                   STATE OF DELAWARE
                                                                   DEPARTMENT OF JUSTICE

                                                                   /s/ Laura L. Gerard
                                                                   Laura L. Gerard (#3202)
                                                                   Deputy Attorney General
                                                                   820 North French Street
                                                                   6th Floor
                                                                   Wilmington, DE 19801
                                                                   (302) 577-8400

DATED: May 23, 2008