IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, Division of Youth & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION FOR EXTENSION

1. The parties to the above-referenced matter hereby stipulate and agree that the discovery deadline shall be extended until August 15, 2008 and case dispositive motions be extended until August 31, 2008.

2. Plaintiff has scheduling conflicts precluding discovery.

3. All remaining deadlines remain the same.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No.: 4447
Young, Malmberg & Howard, P.A
30 The Green
Dover, DE 19901
302-672-5600
*Attorney for Plaintiff*

/s/ Laura L. Gerard
Laura L. Gerard, Deputy Attorney General
I.D. No.: 3202
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
302-577-8400
*Attorney for Defendant*

AND NOW, it is hereby ORDERED that the above Stipulation is approved and entered this _____ day of _____ 2008.

_____
UNITED STATES CHIEF JUDGE GREGORY M. SLEET

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 13, 2008, I electronically filed the attached Stipulation for Extension with the Clerk of Court using CM/ECF which will send electronic notification of such filing to the following attorney:

Ronald G. Poliquin, Esq.
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE 19901

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Laura L. Gerard
        Laura L. Gerard (#3202)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        *Attorney for Defendant*