IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD W. POWELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 06-494-GMS |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE DIVISION | ) | |
| OF YOUTH AND REHABILITATIVE | ) | |
| SERVICES | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Michael F. McTaggart hereby enters his appearance on behalf of the State of Delaware Division of Youth and Rehabilitative Services ("State Defendant") in place of Deputy Attorney General Laura Gerard.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| /s/ Laura L. Gerard<br>Laura L. Gerard, ID#3202<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400 | /s/ Michael F. McTaggart<br>Michael F. McTaggart, ID#2682<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Bldg.,<br>820 N. French Street, 6th Fl.,<br>Wilmington, DE 19801<br>(302)577-8400 |

Dated: June 20, 2008

## *CERTIFICATE OF SERVICE*

I hereby certify that on June 20, 2008, I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send electronic notification of such filing to the following attorney:

Ronald G. Poliquin, Esq.,
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE  19901

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Michael F. McTaggart
Michael F. McTaggart, ID#2682
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801