## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD W. POWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-494-GMS |
| | : | |
| STATE OF DELAWARE | : | |
| DIVISION OF YOUTH AND | : | |
| REHABILITIVE SERVICES, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on June 25, 2008, he caused the Defendant's Response

to Plaintiff's 1st Set of Interrogatories and Defendant's Response to Plaintiff's 1st Set of

Request for Production to be served on the following person via e-mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Ronald G. Poliquin, Esq.,
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE  19901
rpoliquin@youngmalmberg.com

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/ Marc P. Niedzielski
                                        Marc P. Niedzielski (#2616)
                                        Deputy Attorney General
                                        820 North French Street
                                        6th Floor
                                        Wilmington, DE 19801
DATED: June 25, 2008                    (302) 577-8400