IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD W. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 06-494-GMS |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DIVISION OF YOUTH | ) | |
| AND REHABILITATIVE SERVICES, | ) | |
| EDWIN RIGSBY, individually and in | ) | JURY TRIAL DEMANDED |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION TO EXTEND DISCOVERY PURSUANT TO DISTRICT COURT CIVL RULE 16.5

**PLEASE TAKE NOTICE** that the attached Motion will be heard at the earliest convenience of the Court.

YOUNG, MALMBERG, & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, Delaware 19901
(302) 672-5600
Delaware Bar I.D. #: 4447
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF DELAWARE,<br>DIVISION OF YOUTH<br>AND REHABILITATIVE SERVICES,<br>EDWIN RIGSBY, individually and in<br>his official capacity,<br><br>Defendants. | C.A. No.: 06-494-GMS<br><br><br>JURY TRIAL DEMANDED |

## MOTION TO EXTEND DISCOVERY PURSUANT TO RULE 16.5

**COMES NOW**, Plaintiff, Richard W. Powell, by and through his attorney Ronald G. Poliquin, Esquire of Young, Malmberg & Howard, P.A. and applies for the Court to grant an order to extend the discovery deadline until August 15, 2008 and the case dispositive motions deadline until August 31, 2008; or in the alternative Plaintiff respectfully requests that the Court extend the discovery deadline until July 25, 2008 so that both parties may complete depositions of fact witnesses. In support thereof, Plaintiff avers the following:

1. Both parties have been unable to complete depositions of fact witnesses in this case because of conflicts in schedule.

2. Particularly, Plaintiff's counsel will be in trial for the period of July 7-11 when defense counsel requested to take the deposition of the plaintiff.

3. In addition, Plaintiff's counsel was in trial from June 16-20.

4. Plaintiff's counsel was also homebound with strep throat from June 25 thru June

2

27 precluding the arrangement of depositions during that week.

5. The Plaintiff only received fact discovery from defendants in this case as of June 25, 2008.

6. The Plaintiff only wishes to extend discovery to the extent necessary for the parties to complete depositions of fact witnesses.

7. The Plaintiff respectfully requests that the Court grant the previous jointly proposed order to extend the discovery deadline until August 15, 2008 and extend the case dispositive motions until August 31, 2008.

8. The State previously agreed to such a request for extension of discovery.

9. In the alternative, if the Court is not open to extending the discovery deadline until August 15, then Plaintiff's counsel would respectfully request that the Court extend the discovery deadline until July 25, 2008 for the benefit of both parties.

10. Plaintiff would request that all other deadlines remain.

11. No prior extensions of the scheduling order or for discovery have been granted.

**WHEREFORE**, Plaintiff Richard W. Powell respectfully requests that the Court grant an order to extend the discovery deadline until August 15, 2008 and the case dispositive motions deadline until August 31, 2008; or in the alternative that the Court extend the discovery deadline until July 25, 2008

                                                YOUNG, MALMBERG, & HOWARD, P.A.

                                          /s/ Ronald G. Poliquin
                                          Ronald G. Poliquin, Esquire
                                          30 The Green
                                          Dover, Delaware 19901
                                          (302) 672-5600
                                          Delaware Bar I.D. #: 4447
                                          *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF DELAWARE,<br>DIVISION OF YOUTH<br>AND REHABILITATIVE SERVICES,<br>EDWIN RIGSBY, individually and in<br>his official capacity,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    C.A. No.: 06-494-GMS<br>)<br>)<br>)<br>)<br>)    JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## ORDER

**IT IS ORDERED** on this _____ day of _____, 2008, that the Court having considered the Motion to Extend Discovery Pursuant to District Court Civil Rule 16.5;

**IT IS HEREBY ORDERED** that the discovery deadline is extended until August 15, 2008 and the case dispositive motions deadline is extended until August 31, 2008; or in the alternative that the Court extend the discovery deadline until July 25, 2008. All other deadlines from the original scheduling order remain the same.

 

_____
Gregory M. Sleet
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF DELAWARE,<br>DIVISION OF YOUTH<br>AND REHABILITATIVE SERVICES,<br>EDWIN RIGSBY, individually and in<br>his official capacity,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    C.A. No.: 06-494-GMS<br>)<br>)<br>)<br>)<br>)    JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## CERTIFICATION OF RONALD G. POLIQUIN PURSUANT TO RULE 16.5

The Plaintiff's counsel, Ronald G. Poliquin, hereby certifies and states as follows:

1. I am the Plaintiff's counsel in the above matter.

2. I certify that I have sent a copy of the Motion to Extend the Discovery Deadline to my client.

                                          YOUNG, MALMBERG, & HOWARD, P.A.

                                          /s/ Ronald G. Poliquin
                                          Ronald G. Poliquin, Esquire
                                          30 The Green
                                          Dover, Delaware 19901
                                          (302) 672-5600
                                          Delaware Bar I.D. #: 4447
                                          *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 06-494-GMS |
| ) | |
| STATE OF DELAWARE, ) | |
| DIVISION OF YOUTH ) | |
| AND REHABILITATIVE SERVICES, ) | |
| EDWIN RIGSBY, individually and in ) | JURY TRIAL DEMANDED |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of July, 2008, I caused one (1) copy of the attached Motion to Extend Discovery to be served upon the following party via United States Mail, postage prepaid:

Michael F. McTaggart
I.D. No. 2682
Deputy Attorney General
Department of Justice
820 North French Street, 7th Floor
Wilmington, DE 19801

YOUNG, MALMBERG, & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
30 The Green
Dover, Delaware 19901
(302) 672-5600
Delaware Bar I.D. #: 4447
*Attorney for Plaintiff*