**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD W. POWELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-494-GMS |
| | : |
| STATE OF DELAWARE | : |
| DIVISION OF YOUTH AND | : |
| REHABILITATIVE SERVICES, | : |
| | : |
| Defendant. | : |

**NOTICE OF DEPOSITION**

TO:  Ronald G. Poliquin, Esq.,
     Young, Malmberg and Howard, P.A.
     30 The Green
     Dover, DE  19901
     rpoliquin@youngmalmberg.com

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Richard W. Powell on Friday, July 11, 2008 at 10:00 a.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801.  The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths.  The deposition will be recorded stenographically.

                                                **STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

                                                /s/ Marc P. Niedzielski
                                                Marc P. Niedzielski (# 2616)
                                                Deputy Attorney General
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE  19801
                                                (302) 577-8324
                                                marc.niedzielski@state.de.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD W. POWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-494-GMS |
| | : | |
| STATE OF DELAWARE | : | |
| DIVISION OF YOUTH AND | : | |
| REHABILITATIVE SERVICES, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on July 8, 2008 he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Ronald G. Poliquin, Esq.,
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE 19901
rpoliquin@youngmalmberg.com

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
marc.niedzielski@state.de.us