IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITIONS

**TO:**   Michael F. McTaggart
Marc Niedzielski
Deputy Attorney General
Department of Justice
Carvel State Office Bldg.
820 N. French Street, 6th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the deposition of Dawn Garnett has been scheduled for July 15, 2008 at 1:00 pm. The deposition of Karen Smith has been scheduled for July 15, 2008 at 3:00 pm. The deposition of Greg Ward has been scheduled for July 17, 2008 at 1:00 pm. The deposition of Don McIllvain has been scheduled for July 17, 2008 at 3:00 pm.

All of the above depositions will take place at the Law Offices of Young, Malmberg & Howard, P.A., 30 The Green, Dover, Delaware 19901.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, Delaware 19901
302-672-5600
*Attorney for Plaintiff*

Dated:   July 9, 2008
cc:      Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
|     Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
|   v. | : | |
| | : | |
| State of Delaware, Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
|     Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of July 2008, I caused to be served one (1) copy of the

foregoing Notice of Depositions on the following party via United States Mail, postage prepaid:

Michael F. McTaggart
Marc Niedzielski
Deputy Attorney General
Department of Justice
Carvel State Office Bldg.
820 N. French Street, 6th Floor
Wilmington, DE 19801


                                            **YOUNG, MALMBERG & HOWARD, P.A.**


                                            /s/ Ronald G. Poliquin
                                            Ronald G. Poliquin
                                            I.D. No. 4447
                                            30 The Green
                                            Dover, DE 19901
                                            (302) 672-5600
                                            *Attorney for Plaintiff*