## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, | : | |
| Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I certify that on this 10th day of July 2008, I caused to be served one (1) copy of the foregoing Plaintiff's Second Request for Production of Documents Directed to the State of Delaware, Division of Youth & Rehabilitative Services on the following party via United States Mail, postage prepaid:

Michael F. McTaggart
Marc Niedzielski
Deputy Attorney General
Department of Justice
Carvel State Office Bldg.
820 N. French Street, 6th Floor
Wilmington, DE 19801

                        **YOUNG, MALMBERG & HOWARD, P.A.**

                        /s/ Ronald G. Poliquin
                        Ronald G. Poliquin, Esquire
                        30 The Green
                        Dover, DE  19901
                        Supreme Court I.D. 4447
                        302-672-5600
                        *Attorney for Plaintiff*