IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

**TO:**  Michael F. McTaggart
Marc Niedzielski
Deputy Attorney General
Department of Justice
Carvel State Office Bldg.
820 N. French Street, 6th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the telephone deposition of Edwin Rigsby has been scheduled for August 12, 2008 at 3:00 pm. The deposition will take place via phone at the Law Offices of Young, Malmberg & Howard, P.A., 30 The Green, Dover, Delaware 19901 and Law Offices of L. Richard Brinkman, Jr., 21 Fox Valley Center, Arnold, Missouri 63010.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, Delaware 19901
302-672-5600
*Attorney for Plaintiff*

Dated: August 5, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I certify that on this 5th day of August 2008, I caused to be served one (1) copy of the foregoing Notice of Deposition on the following party via United States Mail, postage prepaid:

Michael F. McTaggart
Marc Niedzielski
Deputy Attorney General
Department of Justice
Carvel State Office Bldg.
820 N. French Street, 6th Floor
Wilmington, DE 19801

Edwin Rigsby
1106 Fox Chase
Arnold, Missouri 63010

                **YOUNG, MALMBERG & HOWARD, P.A.**

                /s/ Ronald G. Poliquin
                Ronald G. Poliquin, Esquire
                I.D. No. 4447
                30 The Green
                Dover, DE 19901
                (302) 672-5600
                *Attorney for Plaintiff*