IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD W. POWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-494-GMS |
| | : | |
| STATE OF DELAWARE | : | |
| DIVISION OF YOUTH AND | : | |
| REHABILITATIVE SERVICES, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION DUCES TECUM

TO:    Ronald G. Poliquin, Esq.,
       Young, Malmberg and Howard, P.A.
       30 The Green
       Dover, DE 19901
       rpoliquin@youngmalmberg.com

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Donald McIlvain on Tuesday, August 12, 2008 at 1:00 p.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801. The deposition will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically. The deponent is to produce prior to the deposition any and all e-mails, correspondence or documents that relate to this lawsuit.

                            STATE OF DELAWARE
                            DEPARTMENT OF JUSTICE

                            /s/ Marc P. Niedzielski
                            Marc P. Niedzielski (# 2616)
                            Deputy Attorney General
                            820 N. French Street, 6th Floor
                            Wilmington, DE 19801
                            (302) 577-8324
                            marc.niedzielski@state.de.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD W. POWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-494-GMS |
| | : | |
| STATE OF DELAWARE | : | |
| DIVISION OF YOUTH AND | : | |
| REHABILITATIVE SERVICES, | : | |
| | : | |
| Defendant. | : | |

**<u>CERTIFICATE OF MAILING AND/OR DELIVERY</u>**

The undersigned certifies that on August 6, 2008 he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Ronald G. Poliquin, Esq.,
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE  19901
rpoliquin@youngmalmberg.com

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)  577-8324
marc.niedzielski@state.de.us