IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-494-GMS |
| STATE OF DELAWARE, | : |
| DIVISION OF YOUTH | : |
| AND REHABILATIVE SERVICES, | : |
| | : |
| Defendant. | : |

**STIPULATION OF PARTIES REGARDING CERTAIN DOCUMENTS**

The above-captioned parties, by and through their undersigned counsel, hereby agree and stipulate that in addition to the obligations of the parties under the Court's January 24, 2008 Confidentiality Order, certain documents and physical evidence involving a 2002 personnel investigation with documents page marked as RP001095 – RP001761, shall only be viewed by the plaintiff's counsel. Plaintiff's counsel may discuss the substance of such documents and tangible physical evidence with the plaintiff, but plaintiff may not view the same.

| | |
|---|---|
| **YOUNG MALMBERG & HOWARD, P.A.** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** |
| /s/ Ronald G. Poliquin_____ | /s/ Marc P. Niedzielski |
| Ronald Poliquin (#4447) | Marc P. Niedzielski (#2616) |
| 30 The Green | Michael F. McTaggart (#2682) |
| Dover, DE 19901 | Deputy Attorneys General |
| Attorney for Plaintiff | 820 N. French Street, 6th Floor |
| | Wilmington, DE 19801 |
| | Attorneys for Defendant |

DATED: August 6, 2008