# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD W. POWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-494-GMS |
| | : | |
| STATE OF DELAWARE | : | |
| DIVISION OF YOUTH AND | : | |
| REHABILITIVE SERVICES, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on August 1, 2008, he caused documents Bates numbered RP000979 – RP001094 to be e-mailed and on August 6, 2008 he caused documents Bates numbered RP001095 – RP001761 to be mailed to the following person:

**NAME AND ADDRESS OF RECIPIENT(S):**

Ronald G. Poliquin, Esq.,
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE  19901
rpoliquin@youngmalmberg.com

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Marc P. Niedzielski
    Marc P. Niedzielski (#2616)
    Deputy Attorney General
    820 North French Street
    6th Floor
    Wilmington, DE 19801
DATED: August 6, 2008    (302) 577-8400