IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITION

**TO:** Michael F. McTaggart
Marc Niedzielski
Deputy Attorney General
Department of Justice
Carvel State Office Bldg.
820 N. French Street, 6th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the deposition of Nancy Pearsall has been scheduled for August 13, 2008 at 8:30 am. The deposition will take place at the Attorney General's Office, Department of Justice, Carvel State Office Building located at 820 N. French Street, Wilmington, DE 19801.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, Delaware 19901
302-672-5600
*Attorney for Plaintiff*

Dated: August 8, 2008
cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of August 2008, I caused to be served one (1) copy of the foregoing Notice of Deposition on the following party via United States Mail, postage prepaid:

Michael F. McTaggart
Marc Niedzielski
Deputy Attorney General
Department of Justice
Carvel State Office Bldg.
820 N. French Street, 6th Floor
Wilmington, DE 19801

                              **YOUNG, MALMBERG & HOWARD, P.A.**

                              /s/ Ronald G. Poliquin
                              Ronald G. Poliquin, Esquire
                              I.D. No. 4447
                              30 The Green
                              Dover, DE 19901
                              (302) 672-5600
                              *Attorney for Plaintiff*