**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD W. POWELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-494-GMS |
| | : |
| STATE OF DELAWARE | : |
| DIVISION OF YOUTH AND | : |
| REHABILITATIVE SERVICES, | : |
| | : |
| Defendant. | : |

**NOTICE OF CONTINUED DEPOSITION**

TO: Ronald G. Poliquin, Esq.,
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE  19901
rpoliquin@youngmalmberg.com

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Richard W. Powell on Thursday August 14, 2008 at 9:00 a.m. in the offices of the Attorney General located at 102 W. Water Street, Suite 3, Dover, Delaware.  The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths.  The deposition will be recorded stenographically.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8324
marc.niedzielski@state.de.us

XC:   Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD W. POWELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-494-GMS |
| : | |
| STATE OF DELAWARE : | |
| DIVISION OF YOUTH AND : | |
| REHABILITATIVE SERVICES, : | |
| : | |
| Defendant. : | |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on August 11, 2008 he caused the attached Notice of Continued Deposition to be filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Ronald G. Poliquin, Esq.,
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE 19901
rpoliquin@youngmalmberg.com

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
marc.niedzielski@state.de.us