## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITIONS

**TO:**   Michael F. McTaggart
          Marc Niedzielski
          Deputy Attorney General
          Department of Justice
          Carvel State Office Bldg.
          820 N. French Street, 6th Floor
          Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the deposition of Charles Parker has been scheduled for

August 15, 2008 at 1:00 pm.  The deposition of Chris Stetzar has been scheduled for August 15,

2008 at 3:30 pm.

The above depositions will take place at the Law Offices of Young, Malmberg &

Howard, P.A., 30 The Green, Dover, Delaware 19901.

**YOUNG, MALMBERG & HOWARD, P.A.**


/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, Delaware 19901
302-672-5600
*Attorney for Plaintiff*

Dated:  August 11, 2008
cc:     Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 11th day of August 2008, I caused to be served one (1) copy of the

foregoing Notice of Deposition on the following party via United States Mail, postage prepaid:

Michael F. McTaggart
Marc Niedzielski
Deputy Attorney General
Department of Justice
Carvel State Office Bldg.
820 N. French Street, 6th Floor
Wilmington, DE 19801


**YOUNG, MALMBERG & HOWARD, P.A.**


/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiff*