# AFFIDAVIT OF SERVICE

CAUSE NO.: 06-494 GMS

RICHARD W. POWELL

VS.

STATE OF DELAWARE, DIVISION OF
YOUTH & REHABILITATIVE SERVICES

___ Summons                ___ Petition
_X_ Subpoena               ___ Order To Show Cause
    (see section B)        ___ Motion For Contempt
___ Ex-Parte               ___ Temp Restraining Order
_X_ Other(Specify): SUBPOENA IN A CIVIL CASE;
TO APPEAR/TESTIFY/PRODUCE DOCUMENTS

SECTION A:

I, **MICHAEL H. BAILEY**, begin duly sworn, deposes and says that the deponent is not a party to the action or otherwise interested in the subject matter in controversy, is over 21 years of age and am a PROCESS SERVER duly authorized under laws of the state of Missouri; that on (date of service) 8/5/2008 at 10:36 PM, deponent served the within document(s) at: (Place of Service):

1106 FOX CHASE    ARNOLD, MO 63010
upon the within named person(s) (see section B) in the following manner:

PERSONAL SERVICE: By service upon the within named Defendant personally a copy of the document(s) listed above.(specify personal service:)BY:
_X_ Hand    ___ Touch    ___ Read & Leave    ___ Posted
___ Refusal ___ Copy     ___ On Behalf

___ COPY SERVICE: By serving a copy of the document(s) listed above to _____, whom is the age of 15 years or older and resides within named defendant's last and usual place and abode.

___ ON BEHALF: By serving a copy of the document(s) listed above to _____ as _____ of said business and/or corporation.

___ NON-EST: For the reason that after diligent search and inquiry failed to find the within named defendant.

___ POSTED: Document(s) to entry door thereafter mailed certified copy on, _____

___ CANCELED: Document(s) canceled by issuing party.

SECTION B:
   To: **EDWIN RIGSBY**
   Served: **EDWARD RIGSBY, JR.**
Description of Person Served: Age: 59, Sex: MALE, Race/Skin Color: BLACK,
Height: 5'10, Weight: 200, Hair: BLACK, Glasses: NO, Eye Color: BROWN

SECTION C
I herby certify that _____ has been invoiced _____ as a fee.

SUBSCRIBED AND SWORN to me before me this ___ day of August, 08.

_____                    _____
NOTARY PUBLIC IN AND FOR SAID                (Server signature)
COUNTY & STATE

AMANDA ATKINSON                              **MICHAEL H. BAILEY, SPS 267**
My Commission Expires                        (print name)
June 20, 2011
St. Louis City
Commission #07064725

# SERVICE RETURN

CAUSE NO: 06-494 GMS

TO: EDWIN RIGSBY

SERVED: EDWARD RIGSBY, JR.

ADDRESS SERVED: 1106 FOX CHASE   ARNOLD, MO 63010

DATE SERVED: 8/5/2008   TIME SERVED: 10:36 PM

PERSONAL SERVICE BY: Hand: X   Touch: ___   Refusal: ___
Copy: ___   Read & Leave: ___   On Behalf: ___
Posted: ___   NON-EST: ___   CANCELED: ___

## DESCRIPTION OF SERVICE

I ATTEMPTED SERVICE ON 8/5/2008 AT 4:00 PM, AND 8/5/2008 AT 7:02 PM WITH NO AVAIL. ON THE DATE AND TIME ABOVE, I AGAIN ATTEMPTED SERVICE. A BLACK MALE DESCRIBED ABOVE ANSWERED. I THEN ASKED IF HE IS EDWIN RIGSBY, HE SAID NO. I THEN IDENTIFIED MYSELF AND INFORMED HIM I HAVE A SUBPOENA FOR MR. RIGSBY AND ASKED IF HE KNEW EDWIN RIGSBY. HE THEN SHOWED ME HIS IDENTIFICATION BEARING THE NAME EDWARD RIGSBY, JR. I THEN SHOWED HIM THE SUBPOENA AND CASE NAME AND ASKED IF HE KNEW OF THE CASE. HE THEN INFORMED ME THAT HE KNOWS RICHARD POWELL AND HE DID IN FACT WORK FOR THE STATE OF DELAWARE, DIVISION OF YOUTH & REHABILITATION SERVICES. I THEN INFORMED HIM THAT THE NAME IS JUST MIS SPELLED AND INFORMED HIM THE SUBPOENA IS FOR HIM. HE THEN ACCEPTED SERVICE. I THEN HANDED HIM THE DOCUMENT(S).

SPECIAL PROCESS SERVER
MICHAEL H. BAILEY
S.P.S. 267