## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Richard W. Powell, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-494 GMS |
| | : | |
| v. | : | |
| | : | |
| State of Delaware, | : | |
| Division of Youth | : | |
| & Rehabilitative Services, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I certify that on this 15th day of August 2008, I caused to be served one (1) copy of the foregoing Plaintiff's Amended Responses to Defendant's First Set of Interrogatories upon the following party via United States Mail, postage prepaid:

>Michael F. McTaggart
>Laura Gerard
>Deputy Attorney General
>Department of Justice
>Carvel State Office Bldg.
>820 N. French Street, 6th Floor
>Wilmington, DE 19801

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, Delaware 19901
302-672-5600
*Attorney for Plaintiff*