# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A.No. 06-494-GMS |
| | : |
| STATE OF DELAWARE | : |
| DIVISION OF YOUTH AND | : |
| REHABILITVE SERVICES, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

The undersigned certifies that on August 25, 2008, he caused the Defendant's Response to Plaintiff's 2nd Request for Production to be served on the following person via e-mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Ronald G. Poliquin, Esq.,
Young, Malmberg and Howard, P.A.
30 The Green
Dover, DE  19901
rpoliquin@youngmalmberg.com

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Marc P. Niedzielski
    Marc P. Niedzielski (#2616)
    Deputy Attorney General
    820 North French Street
    6th Floor
    Wilmington, DE 19801
DATED: August 25, 2008    (302) 577-8400