# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD W. POWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-494-GMS |
| | : | |
| STATE OF DELAWARE, | : | |
| DIVISION OF YOUTH | : | |
| AND REHABILATIVE SERVICES, | : | |
| | : | |
| Defendant. | : | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant hereby moves this Court to enter summary judgment in its favor pursuant to Rule 56 for the reasons set forth in its brief.

>STATE OF DELAWARE
>DEPARTMENT OF JUSTICE
>
>/s/ Michael F. McTaggart
>Marc P. Niedzielski (#2616)
>Michael F. McTaggart (#2682)
>Deputy Attorneys General
>Carvel State Office Building
>820 N. French Street, 6th Floor
>Wilmington, DE 19801
>(302) 577-8400
>Attorneys for Defendant

DATED: August 29, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD W. POWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-494-GMS |
| | : | |
| STATE OF DELAWARE, | : | |
| DIVISION OF YOUTH | : | |
| AND REHABILATIVE SERVICES, | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**IT IS SO ORDERED this \_\_\_ day of _____, 2008**

that the defendant's motion for summary judgment is GRANTED and JUDGMENT is entered in its favor and against the plaintiff.

_____
Chief Judge of the U.S. District Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD W. POWELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-494-GMS |
| | : |
| STATE OF DELAWARE, | : |
| DIVISION OF YOUTH | : |
| AND REHABILATIVE SERVICES, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on August 29, 2008, he caused the attached document to be delivered electronically to the following person:

Ronald Poliquin, Esquire
Young Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Michael F. McTaggart
Marc P. Niedzielski, I.D. #2616
Michael F. McTaggart, I.D. #2682
Deputy Attorneys General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorneys for Defendant